AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

3301 New Mexico Avenue, N.W.
Suite 214
Washington, D.C. 20016

4617 Kenmore Dr, N.W.
Washington, D.C. 20007

**FILED**
FEB 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 06 - 054M-01

(Further described below)

I _____Jason Marrero_____ being duly sworn depose and say:

I am a(n) __Special Agent with the Department of Health and Human Services, Office of Inspector General__
and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

3301 New Mexico Avenue, N.W., Suite 214, Washington, D.C. 20016, including any locked or padlocked rooms within. (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched) (as further described in "Attachment B")

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities.

concerning a violation of Title __18__ United States Code, Section(s) __§ 1347__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Susan Menzer
Fraud and Public Corruption
(202) 514-6968

_/s/ Jason Marrero_
Signature of Affiant
Jason Marrero, Special Agent
Department of Health and Human Services - OIG

Sworn to before me, and subscribed in my presence

FEB 0 9 2006
Date   **ALAN KAY**
       **U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

at Washington, D.C.

_/s/ Alan Kay_
Signature of Judicial Officer