AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**3301 New Mexico Avenue, N.W.**
**Suite 214**
**Washington, D.C. 20016**

**SEARCH WARRANT**

CASE NUMBER:
**06- 054M-01**

TO: _Jason Marrero_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent with the Department of Health and Human Services, Office of Inspector General_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

3301 New Mexico Avenue, N.W., Suite 214, Washington, D.C., 20016, including any locked or padlocked rooms within, (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) (as further described in "Attachment B")

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___17 FEB 2006___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 09 2006

Date and Time Issued
**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

at Washington, D.C.

Name and Title of Judicial Officer

Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>2/9/2006 | DATE AND TIME WARRANT EXECUTED<br>2/9/2006 ≈ 3:54 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF<br>es | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>See Attached | | |

FILED

FEB 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Jason Maners_ (signature)

Subscribed, sworn to, and returned before me this date.

_(signature)_                                              2-13-06
U.S. Judge or U.S. Magistrate Judge                        Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 02/09/2006

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 3301 New Mexico Ave, NW Suite 214

(City) Washington DC

Description of Item(s): The following list of original medical records maintained by the office of Dr. _____ at the above address:

1. Roger A. Hornstein
2. ✓ James N. Corrigan
3. ✓ George Bernstein
4. Lakisha Weaks
5. ✓ Pengran A. Puteh
6. ✓ Nora B. Dean
7. Jorge Sun
8. Samara C Little
9. ✓ John P Lynch
10. Barbara A Maloney
11. Rosa McGinty
12. Azzedin Lazizi
13. Zenu Folescu
14. Brian Kane
15. Emmett Durham
16. Grace Shaeffer
17. Natasha C Neises
18. Denise Ryan
19. Anne C T Briggs
20. Natalie Margiotta
21. Edna Lavelli

Received By: _____(Signature) Joseph Gorman

Received From: _____ (Signature)