AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**4617 Kenmore Drive, N.W.**
**Washington, D.C. 20007**

**SEARCH WARRANT**

CASE NUMBER:
**06 - 054M-01**

TO: Jason Marrero and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent with the Department of Health and Human Services, Office of Inspector General who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

4617 Kenmore Drive, N.W., Washington, D.C., 20007, including any locked or padlocked rooms within, (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) (as further described in "Attachment B")

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  17 FEB 2006
                                                                     (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 09 2006
_____          at Washington, D.C.
Date and Time Issued
**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer          Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>2/9/2006 | DATE AND TIME WARRANT EXECUTED<br>2/9/2006 ≈ 5:24 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

**FiLED**

FEB 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Jason Manero*

Subscribed, sworn to, and returned before me this date.

_____  2-13-06
U.S. Judge or Magistrate    Date

DEPARTMENT OF HEALTH AND HUMAN SERVICES
OFFICE OF INSPECTOR GENERAL
OFFICE OF INVESTIGATIONS

## PROPERTY RECEIPT

Date: 2-9-06
Office: Columbia

**RECEIVED FROM**

Name:

Street Address – City – State – Zip Code: 4617 Kenmore Dr, NW Wash, DC 20007

Telephone Number (include area code): Alan Reider (Atty)

Description of Items Received:

Patient Medical Record – Doris Shiels # 040343259

Received by (Signature of OIG Employee): Bralentree

Received From (Signature):

Form OI-47 (9-98)